OPINION.
MoRRis:
We have heretofore held that in a case where a taxpayer has filed a single joint return of the income of himself and wife *1253 under the provisions of section 223 (b) (2) of the Revenue Act of 1921, be may not thereafter have his tax computed on the basis of his separate income. R. Downes, Jr., 5 B. T. A. 1029; Wm. A. Buttolph, 7 B. T. A. 310; affd., C. C. A., 7th Cir., 29 Fed. (2d) 695; J. F. Fairleigh, 7 B. T. A. 361; J. W. Macon, 7 B. T. A. 450; G. B. Foster, 7 B. T. A. 559; Herman Einstein, 10 B. T. A. 240; see, also, Grant v. Rose, 24 Fed. (2d) 115.

Judgment will Toe entered for the respondent.